UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:03-CR-653(CEJ) |
| RUBEN CORTEZ, | ) ) ) |
| Defendant. | ) |

### ORDER

On April 3, 2007, the defendant filed a request to correct his sentence, pursuant to 28 U.S.C. § 2255. The Court will construe the request as a motion to vacate, set aside or correct sentence. The motion was filed in the criminal case, but because proceedings under § 2255 are civil, the motion should have been filed as a new civil action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall remove the document titled "Defendant's Request to Correct Sentence Pursuant to 28 U.S.C. Sec. 2255" [Doc. #37] from the criminal file and shall re-file the document as a motion to vacate initiated as a new civil action styled Ruben Cortez, Movant v. United States of America, Respondent.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2007.